Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR
## OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Dean Alan BARTO, II |
| **Docket Number:** | 2:04CR00009-01 |
| **Offender Address:** | 6033 Altoona Court<br>Rio Linda, California 95673 |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/02/2004 |
| **Original Offense:** | 18 USC § 922(g)(1) - Felon in Possession of a Firearm and Ammunition<br>(CLASS C FELONY) |
| **Original Sentence:** | 7 months custody Bureau of Prisons; 36-month term of Supervised Release; $100 special assessment |
| **Special Conditions:** | Search and seizure; Participation in drug treatment and testing program; Abstain from alcohol; $25 co-payment for treatment services |

**Other Court Action:**

| | |
|---|---|
| <u>02/07/2005:</u> | Prob12C-Petition filed:  Use of Controlled Substances and Failure to Participate in Drug Testing Program |
| <u>02/17/2005:</u> | Prob 12C-Petition filed adding Count 3) New Law Violation (Driving under the influence of alcohol). |
| <u>03/30/2005:</u> | Supervised Release revoked, 8 months Bureau of Prisons; 14 months Supervised Release under original terms and conditions imposed on 06/02/2004. |
| <u>07/20/2005:</u> | Supervision commenced. |

Rev.½005
PROB12C.MRG

RE:   **Dean Alan BARTO, II**
**Docket Number:     2:04CR00009-01**
**PETITION FOR WARRANT OR SUMMONS**
<u>**FOR OFFENDER UNDER SUPERVISION**</u>

**Type of Supervision:**         Supervised Release

**Supervision Commenced:**    07/20/2005

**Assistant U.S. Attorney:**     Kenneth J. Melikian       **Telephone:**  916.554.2700

**Defense Attorney:**            Donald P. Dorfman        **Telephone:**  916.451.8834
                                 Appointed Counsel

---

## PETITIONING THE COURT

[×]    **TO ISSUE A WARRANT**

The probation officer alleges the releasee has violated the following condition(s) of supervision:

**<u>Charge Number</u>**       **<u>Nature of Violation</u>**

**Charge 1:**            **CHANGE OF RESIDENCE WITHOUT NOTIFICATION**

On or about December 4, 2005, the releasee left his last reported residence to an unknown location without prior approval or notice, in violation of Standard Condition Number 6, requiring the releasee to notify the United States Probation Office 10 days prior to any change in residence.

**Charge 2:**            **FAILURE TO PARTICIPATE IN DRUG TREATMENT PROGRAM - NOVEMBER 22, 2005, AND NOVEMBER 29, 2005.**

The releasee was scheduled for drug relapse prevention counseling on November 22, 2005, and November 29, 2005.  He failed to report as directed, in violation of Special Condition Number 2.

Rev.½005
PROB12C.MRG

**RE:   Dean Alan BARTO, II**
      **Docket Number:     2:04CR00009-01**
      **PETITION FOR WARRANT OR SUMMONS**
      **<u>FOR OFFENDER UNDER SUPERVISION</u>**


**Justification:**   The releasee has moved from his approved residence to an unknown location.  He has been unresponsive to messages left with friends and relatives to contact the United States Probation Office.  The releasee has effectually absconded supervision.


**Bail/Detention:**   The releasee's whereabouts is unknown.   Therefore, a warrant is respectfully requested for the releasee's arrest.


**I declare under penalty of perjury that the foregoing is true and correct.**


**EXECUTED ON**:      January 20, 2006
                      Roseville, California
                      mas:jc

                            Respectfully submitted,

                         /s/ Michael A. Sipe

                         **MICHAEL A. SIPE**
                     **United States Probation Officer**
                        Telephone: 916.786.2357

                      /s/ Lori V. Clanton

**REVIEWED BY**:  _____
_____    for_**RICHARD A. ERTOLA**
                     **Supervisory United States Probation Officer**

Rev.½005
PROB12C.MRG

**RE:   Dean Alan BARTO, II**
      **Docket Number:    2:04CR00009-01**
      **PETITION FOR WARRANT OR SUMMONS**
      <u>**FOR OFFENDER UNDER SUPERVISION**</u>

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

[x ]     The issuance of a warrant     [x ]   No Bail

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

[x ]     Initial appearance and detention hearing before Magistrate Judge.

Date:  January 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:     United States Probation
        Kenneth J. Melikian, Assistant United States Attorney
        United States Marshal Service

Attachment:  PSR (Sacramento only)

Rev.½005
PROB12C.MRG

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   **Dean Alan BARTO, II**
      **Docket Number:   2:04CR00009-01**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment** and **Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**   **CHANGE OF RESIDENCE WITHOUT NOTIFICATION**

     **A.**   **Evidence:**

        None.

     **B.**   **Witnesses:**

        Probation officer will testify to the releasee's moving from his last reported residence to an unknown location without authorization.

**Charge 2:**   **FAILURE TO PARTICIPATE IN DRUG TREATMENT PROGRAM - NOVEMBER 22, 2005, AND NOVEMBER 29, 2005.**

     **A.**   **Evidence:**

        (1)   Substance Abuse Procedures form signed and dated by the releasee on October 28, 2005.

Rev.½005
PROB12C.MRG

RE:    **Dean ALAN BARTO, II**
      **Docket Number:    2:04CR00009-01**
      <u>**STATEMENT OF EVIDENCE**</u>

      (2)    Group    Counseling    Referral/Confirmation    form    dated
      October 27, 2005.

**B.    Witnesses:**

The United States Probation Officer will testify to directing the releasee to report for Drug Counseling Services and to the releasee's failure to report as directed.

Respectfully submitted,

/s/ Michael A. Sipe

_____

**MICHAEL A. SIPE**
**United States Probation Officer**

**DATED:**    January 20, 2005
      Roseville, California
      mas:jc

/s/ Lori V. Clanton

**REVIEWED BY:**    _____
      for    **RICHARD A. ERTOLA**
      **Supervising United States Probation Officer**

Rev.½005
PROB12C.MRG

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**   Dean Alan BARTO, II          **Docket Number:** 2:04CR00009-01

**Date of original offense:**   11/18/2003

**Original term of supervised release imposed:** 36 **months**

**Highest grade of violation alleged:**          C

**Criminal History Category of offender:**          III

**Chapter 7 range of imprisonment:** 5 **to** 11 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**   (*choose one below*)

__          **Class A felony - 5 years (or stat max of __ years if longer).**
__          **Class B felony - 3 years**
X          **Class C and/or D felony - 2 years**
__          **Class E felony and misdemeanors:  1 year**

**Violation requires mandatory revocation:  YES:** __  **NO:** X .

**Original offense committed after 09/13/94:**   Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**   Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

mas:jc (January 20, 2006)

Rev.½005
PROB12C.MRG