FILED
February 9, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,   )<br>v.   )<br>  )<br>DEAN ALAN BARTO,   )<br>  )<br>             Defendant.    ) | Case No. CR.S-04-0009-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DEAN ALAN BARTO, Case No. CR.S-04-0009-WBS, Charge, Supervised Release Violation, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

   ___   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✓   (Other)   Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 9, 2006  at  2:20 p.m.  .

By   /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge